J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:     (818) 500-3200
Facsimile:      (818) 500-3201

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

Melissa E. Pierce a/k/a Melissa McDonald,
an individual and d/b/a Cozy Critter
James Elliot a/k/a James Elliott a/k/a James Eilliott,
an individual and d/b/a Cozy Critter
15263 McVay Creek Road
Harbor, Oregon 97415

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Louis Vuitton Malletier, S.A., | ) Case No. CV 07-2732 JAM- DAD |
|---|---|
| Plaintiff, | ) CONSENT DECREE AND |
| v. | ) PERMANENT INJUNCTION |
| Melissa E. Pierce a/k/a Melissa McDonald, an individual and d/b/a Cozy Critter, et al., | ) |
| Defendants. | ) |

The Court, having read and considered the Joint Stipulation Re Entry Of Consent Decree and Permanent Injunction that has been executed by Plaintiff Louis Vuitton Malletier, S.A.("Louis Vuitton") and Defendants Melissa E. Pierce a/k/a Melissa McDonald, an individual and d/b/a Cozy Critter, and James Elliot a/k/a James Elliott a/k/a James Eilliott, an individual and d/b/a Cozy Critter (collectively "Cozy Critter Defendants") in this action, and good cause appearing therefor, hereby:

ORDERS that based on the parties' stipulation and only as to the Cozy Critter Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

Louis Vuitton v. Pierce, et al.: Proposed Consent Decree and    - 1 -
Permanent Injunction (Cozy Critter Defendants)

PDF created with pdfFactory trial version www.pdffactory.com

1)	This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to the Lanham Act, 15 U.S.C. § 1051, et seq., and 28 U.S.C. §§ 1331, 1338 and 1367. Service of process was properly made against the Cozy Critter Defendants.

2)	Louis Vuitton claims that it owns or controls the pertinent rights in and to the trademarks listed in Exhibit A attached hereto and incorporated herein by this reference.  The trademarks identified in Exhibit A are collectively referred to herein as the "Louis Vuitton Trademarks."

3)	Louis Vuitton claims that it owns or controls the pertinent rights in any to the copyrights listed in Exhibit B attached hereto and incorporated herein by this reference.  The copyrights identified in Exhibit B are collectively referred to herein as the "Louis Vuitton Coppyrights."  The Louis Vuitton Trademarks and Louis Vuitton Copyrights are collectively referred to herein as the "Louis Vuitton Properties."

4)	The Cozy Critter Defendants have made unauthorized uses of the Louis Vuitton Properties or substantially similar likenesses or colorable imitations thereof.

5)	The Cozy Critter Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined from:

   a)	Infringing the Louis Vuitton Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of the Louis Vuitton Properties ("Unauthorized Products"), and, specifically from:

   i)	Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Louis Vuitton Properties;

   ii)	Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels,

PDF created with pdfFactory trial version www.pdffactory.com

packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Louis Vuitton Properties;

iii) posting any links to websites which offer product purporting to be Plaintiff's product or any imitation or replica thereof;

iv) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Cozy Critters Defendants' customers and/or members of the public to believe, the actions of the Cozy Critter Defendants, the products sold by the Cozy Critter Defendants, or the Cozy Critter Defendants themselves are connected with Louis Vuitton, are sponsored, approved or licensed by Louis Vuitton, or are affiliated with Louis Vuitton;

v) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Louis Vuitton.

b) diluting and infringing the Louis Vuitton Properties and damaging Louis Vuitton's goodwill, reputations and businesses; and

c) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in this Consent Decree.

6) Each side shall bear its own fees and costs of suit.

7) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice as to the Cozy Critter Defendants only.

8) This Injunction shall be deemed to have been served upon the Cozy Critter Defendants at the time of its execution by the Court.

PDF created with pdfFactory trial version www.pdffactory.com

9)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against the Cozy Critter Defendants.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should the Cozy Critter Defendants default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over this action and the Cozy Critter Defendants for the purpose of making further orders as may be necessary or proper for the construction or modification of this Consent Decree and Permanent Injunction; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:   July 11, 2008

/s/ John A. Mendez_____
Hon. John A. Mendez
Judge, United States District Court
for the Eastern District of California

PRESENTED BY:
J. Andrew Coombs, A Prof. Corp.

By:_____
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Melissa E. Pierce a/k/a Melissa McDonald,
an individual and d/b/a Cozy Critter

By: _____
       Melissa E. Pierce a/k/a Melissa McDonald,
       an individual and d/b/a Cozy Critter
Defendant

James Elliot a/k/a James Elliott a/k/a James Eilliott,
an individual and d/b/a Cozy Critter

By: _____
       James Elliot a/k/a James Elliott a/k/a James Eilliott,
       an individual and d/b/a Cozy Critter
Defendant

Louis Vuitton v. Pierce, et al.: Proposed Consent Decree and Permanent Injunction (Cozy Critter Defendants)   - 4 -

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT A

| TRADEMARK | REGISTRATION NUMBER | TRADEMARK PICTURE | CLASS OF GOODS |
|---|---|---|---|
| Louis Vuitton (Interlocked Letters) in a Circle Design | 286,345 | | 18 |
| Louis Vuitton (Interlocked Letters) and Monogram Canvas Design | 297,594 | | 18 |
| LOUIS VUITTON | 1,045,932 | LOUIS VUITTON | 18 |
| Louis Vuitton (Interlocked Letters) Design | 1,519,828 | | 18 |
| LOUIS VUITTON MALLETIER A PARIS in Rectangle Design | 1,615,681 | LOUIS VUITTON MALLETIER A PARIS | 16, 18 |
| Louis Vuitton (Interlocked Letters) on Epi Leather Design | 1,655,564 | | 18 |
| Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design | 1,770,131 | | 25 |

Louis Vuitton v. Pierce, et al.: Proposed Consent Decree and Permanent Injunction (Cozy Critter Defendants)      - 5 -

PDF created with pdfFactory trial version www.pdffactory.com

| TRADEMARK | REGISTRATION NUMBER | TRADEMARK PICTURE | CLASS OF GOODS |
|---|---|---|---|
| Louis Vuitton (Interlocked Letters) Design | 1,794,905 | | 16, 25 |
| Louis Vuitton (Interlocked Letters) and Monogram Canvas Design | 1,875,198 | | 16 |
| Louis Vuitton (Interlocked Letters) | 1,938,808 | | 14, 24 |
| LOUIS VUITTON World Mark | 1,990,760 | LOUIS VUITTON | 16, 18, 24, 25 |
| Louis Vuitton (Interlocked Letters) Design | 2,291,907 | | 34 |
| LOUIS VUITTON | 2,303,212 | LOUIS VUITTON | 34 |
| Louis Vuitton (Interlocked Letters) Design | 2,361,695 | | 25 |

Louis Vuitton v. Pierce, et al.: Proposed Consent Decree and Permanent Injunction (Cozy Critter Defendants)            - 6 -

PDF created with pdfFactory trial version www.pdffactory.com

| TRADEMARK | REGISTRATION NUMBER | TRADEMARK PICTURE | CLASS OF GOODS |
|---|---|---|---|
| LOUIS VUITTON PARIS and Damier (pattern design) | 2,378,388 | | 18 |

PDF created with pdfFactory trial version www.pdffactory.com

# **EXHIBIT B**

| Copyright | Reg. No. | Date Published | Date Registered |
|---|---|---|---|
| Multicolor Monogram – Black Print | VA 1-250-121 | 12/18/02 | 06/24/04 |
| Multicolor Monogram – White Print | VA 1-250-120 | 12/18/02 | 06/24/04 |

PDF created with pdfFactory trial version www.pdffactory.com